# Exhibit C

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE HALL, on behalf of herself, individually, and on behalf of all similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADELPHIA THREE CORP. d/b/a PHILY DINER, PETRO KONTOS, WILLIAM BALIS<br><br>*Defendant.* | **Civil No. 1:21-cv-01106-CPO-SAK**<br><br><br><br>**DECLARATION OF ANGEION GROUP, LLC RE: NOTICE COMPLIANCE** |

I, Tim Perng, hereby declare the following pursuant to 28 U.S.C. §1746:

1. I am an Associate Project Manager with Angeion Group ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by Angeion to effectuate Notice in the above-captioned case pursuant to the Joint Stipulation of Settlement and Release Agreement that was filed with the Court on June 30, 2023 ("Settlement Agreement") and the Court's Order Granting Preliminary Approval of the Class and Collective Action Settlement filed on August 23, 2023 ("Order").

3. Angeion was appointed by the Parties to serve as the Settlement Administrator to, among other tasks, disseminate Notice to the Settlement Class; establish and maintain a dedicated Settlement website and toll-free line; and perform other duties as specified in the Settlement Agreement that this Court preliminarily approved on August 23, 2023.

## DIRECT NOTICE

### Class Data

4. On or about August 23, 2023, Plaintiffs' counsel provided Angeion with electronic files containing records of Class Member names, mailing addresses, email addresses, social security numbers, and workweek information, among other data. After analyzing the data and removing duplicative records, Angeion identified 384 unique class records.

5. On December 14, 2023, Plaintiffs' counsel provided Angeion with a PDF file containing the name, mailing address, email address, phone number, and workweek information for one (1) additional Class Member. As their information was received after the close of the Notice Period, this Class Member was not mailed the Notice.

### Mailed Notice

6. On September 13, 2023, Angeion caused the Notice to be mailed to the 384 Class Member records that had a sufficient mailing address. A true and correct copy of the Notice is attached hereto as **Exhibit A**.

7. Prior to Mailing, Angeion caused the mailing list to be updated utilizing the United States Postal Service's ("USPS") National Change of Address database, which provides updated address information for individuals or entities that have moved during the previous four years and filed a change of address with the USPS.

8. As of November 17, 2023, Angeion has received 71 notices that were returned by the USPS as undeliverable. Angeion conducted an address verification search (commonly referred to as "skip traces") in an attempt to locate updated address information for any Notices returned by the USPS as undeliverable. Angeion was able to locate updated addresses for 39 Class Members and remailed notices to these updated addresses on October 18, 2023.

### Emailed Notice

9. On September 13, 2023, Angeion caused the Notice to be emailed ("Email Notice") to the 56 Class Member records that had a valid email address.

10. As of November 17, 2023, Angeion has received one (1) Email Notice as undeliverable. This class member was also sent a mailed notice, and it was not returned undeliverable.

## CASE SPECIFIC WEBSITE AND TOLL-FREE HOTLINE

11. On September 13, 2023, Angeion established the following website devoted to this Settlement: www.HallTipCreditLawsuit.com ("Settlement Website"). The Settlement Website contains general information about the Settlement, including answers to frequently asked questions, important dates and deadlines pertinent to this matter, and copies of important documents. Visitors to the Settlement Website can download: (1) the Notice, (2) the Order Granting Preliminary Approval of Class and Collective Action Settlement, (3) the Joint Stipulation of Settlement and Release, (4) and the Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement, among other documents. The Settlement Website also has a "Contact Us" page whereby Class Members can find the toll-free number for the Settlement: 1-877-803-7373. The Settlement Website address was set forth in the Notice.

12. As of November 17, 2023, the Settlement Website has had approximately 256 page views and approximately 147 sessions, which represents the number of individual sessions initiated by all users on the website.

13. On September 16, 2023, Angeion established the following toll-free line dedicated to this case: 1-877-803-7373. The toll-free line utilized an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions and information about filing a claim and important deadline dates. The toll-free line remains accessible 24 hours a day, 7 days a week.

14. As of November 17, 2023, the toll-free number has received approximately 21 calls, totaling 76 minutes.

## REQUESTS FOR EXCLUSION AND OBJECTIONS TO THE SETTLEMENT

15. The deadline for members of the Settlement Class to request exclusion from the Settlement was November 13, 2023. Angeion has not received and is not aware of any Requests for Exclusion from the Settlement.

16. The deadline for Class Members to Object to the Settlement was November 13, 2023. Angeion has not received and is not aware of any Objections to the Settlement.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 14, 2023

_____
Tim Perng

# Exhibit A

# NOTICE OF SETTLEMENT

*Hall v. Adelphia Three Corp. et al.*
No. 21-cv-01106 (D.N.J.)
**United States District Court, District of New Jersey**

**TO:** *[INSERT NAME]*

**YOU ARE COVERED BY THE SETTLEMENT OF THIS CLASS/COLLECTIVE ACTION LAWSUIT.**

**THE UNITED STATES DISTRICT COURT HAS AUTHORIZED THIS NOTICE FORM, WHICH SUMMARIZES THE TERMS OF THE SETTLEMENT AND EXPLAINS YOUR RIGHTS UNDER THE SETTLEMENT.**

**PLEASE READ THIS DOCUMENT CAREFULLY.**

### 1. What is the lawsuit about?

The United States District Court for the District of New Jersey ("Court") in Camden, New Jersey presides over the above-referenced lawsuit, which was filed in January 2021 ("Lawsuit") by Plaintiff Michele Hall ("Plaintiff") against Adelphia Three Corp. d/b/a Phily Diner, Petro Kontos, and William Balis ("Defendants").

The Lawsuit alleges that Defendants violated federal and New Jersey wage and hour laws by failing to comport with certain federal and state notice regulations before taking a tip credit and, as a result, failing to pay tipped employees the proper minimum and overtime wages.

Defendants respond that the Lawsuit lacks merit. According to Defendants, all tipped employees were paid at or above the proper minimum and overtime wages.

The settlement is limited to the time period between January 25, 2015, to January 26, 2023. This time period is referred to as the "Relevant Period."

### 2. Why is there a settlement?

The Court has not decided who will win the Lawsuit. Either Plaintiff or Defendants could lose.

***The settlement is a compromise.*** It allows both sides to avoid the costs, delays, and risks of further litigation and provides money to Plaintiff and tipped employees covered by the Lawsuit.

In reaching this settlement, Defendants have not admitted that they violated any laws. Rather, Defendants assert that their pay practices were and are entirely legal.

The full terms of the settlement are contained in the Settlement Agreement, available at **www.HallTipCreditLawsuit.com**.

| 3. | **What does the settlement provide?** |
|---|---|

The Court will decide whether the settlement is fair and reasonable. If the Court approves the settlement, $900,000.00 ("Settlement amount") will be distributed to Plaintiff, other tipped employees covered by the Lawsuit, class counsel identified in Section 7 below ("Class Counsel"), and the claims administrator identified in Section 11 below ("Claims Administrator") facilitating the settlement. If the Court approves the fees, expenses, and service awards requested by Plaintiff and Class Counsel, approximately $550,000.00 will be distributed to the tipped employees covered by the Lawsuit.

If the Court approves the settlement, you will receive a check in the gross amount of approximately $*[Settlement Class Member Share]*. Because this payment amount is wage income, it will be issued as a payroll check and will be reduced by all ordinary payroll taxes and withholdings, including any payroll taxes ordinarily paid by an employer. At the end of the year, you will receive an IRS W-2 Form reflecting the payment and withholdings.

Your individual payment amount was determined based on the number of hours you worked during the Relevant Period as a tipped employee. Generally speaking, the settlement pays approximately $*[Hourly Share]* for every hour you worked during the Relevant Period.

If you have any questions about the determination of your payment amount, please contact the Claims Administrator at the address or number listed in Section 11 or Class Counsel at the address or number listed in Section 7.

| 4. | **How can I receive a settlement payment?** |
|---|---|

If this Notice Form is addressed to you, then you are covered by the settlement, and ***you do not need to do anything to receive a settlement payment.*** Of course, the payment will not be made unless and until the Court approves the settlement.

| 5. | **What do I give up by participating in the settlement and receiving a settlement payment?** |
|---|---|

Because this lawsuit involves both class action claims under New Jersey law and collective action claims under the federal Fair Labor Standards Act ("FLSA"), the impact of the settlement on you depends on the actions you take. In a class action, an individual who meets the criteria for class membership is automatically treated as a member of the class unless they affirmatively exclude themselves or "opt-out" from the settlement. In a collective action under the FLSA, an individual must affirmatively join or "opt-in" to the lawsuit to participate in the settlement. As a result, if you take no action, you may be subject to a class settlement release but excluded from an FLSA settlement release. These options are detailed here:

Release of Non-FLSA Claims:

If you do not exclude yourself from the settlement by following the procedures in Section 6, you will release and forever discharge Defendants and other Released Persons (as defined in the Settlement Agreement) of any and all wage-related claims—except any wage-related claims under

2

the FLSA—whether known or unknown, against any Defendant or any Released Person that arise out of or in any way relate to the facts or claims that were or could have been alleged in the Complaint, asserted in the Lawsuit, or effectuated by this settlement.

Release of FLSA Federal Claims:

If you sign, deposit, cash, endorse, or otherwise negotiate your individual settlement payment check, you consent to be a party-plaintiff in this action pursuant to Section 216(b) of the FLSA and agree to release and forever discharge Defendants and the Released Persons from any and all wage-related claims that may be brought under the FLSA and that arise out of or in any way relate to the facts or claims that were or could have been alleged in the Complaint, asserted in the Lawsuit, or effectuated by this settlement.

If you have any questions about the scope of these releases, please review the Settlement Agreement available on the website listed in Section 11 or contact Class Counsel listed in Section 7.

| **6.** | **How do I exclude myself from this settlement?** |

If you do not want to participate in the settlement, then you must take steps to exclude yourself.

To exclude yourself, you must prepare a note or letter simply stating: "I wish to be excluded from the Lawsuit." The note or letter may be typed or handwritten. Be sure to include your signature, full name, address, and phone number. To be valid, your exclusion request must be **postmarked no later than November 13, 2023** and be mailed to the Claims Administrator at:

Hall Tip Credit Lawsuit
Attn: Exclusions
P.O. Box 58220
Philadelphia, PA 19102

Importantly, if you exclude yourself from the settlement, you will not receive any settlement payment, you will not be legally bound by the settlement, and you will not waive or release any legal claims against the Defendants.

| **7.** | **Do I have a lawyer?** |

Plaintiff and other individuals who do not exclude themselves from the settlement are represented by Class Counsel, the law firm of McOmber McOmber & Luber, P.C., 39 E. Main Street, Marlton, NJ 08053; Phone (856) 985-9800.

| **8.** | **How do the lawyers and Plaintiff get paid?** |

Class Counsel has worked on the lawsuit without receiving any payments for its time or for its out-of-pocket expenses. Under the settlement, Class Counsel will ask the Court for attorneys' fees and out-of-pocket expenses. The Court has not yet decided whether it will approve these requested fees

3

and expenses. The requested attorneys' fee will not exceed one-third of the settlement amount of $900,000—i.e., $300,000—excluding expenses.

Just like you, Plaintiff will receive a settlement payment based on the number of hours she worked during the Relevant Period as a tipped employee. In addition, Plaintiff may request that the Court award her an additional service payment not to exceed $10,000 in recognition of the work and services she contributed to the case. If approved by the Court, this service payment will be made from the overall settlement amount.

| **9.** | **How can I object to the settlement?** |
|---|---|

If you believe the settlement is unfair or should not be approved by the Court, you can object. The Court will consider your objection in deciding whether to approve the settlement. If you object, you cannot exclude yourself from the settlement as provided in Section 6.

To object to the settlement, you must send a written objection (typed or handwritten) to the Claims Administrator. The objection must set forth the legal and factual basis for your objection. If you or your attorney has objected to a class or collective settlement on any prior occasion, the objection must also disclose all cases in which you or your attorney has filed an objection by caption, court, and case number, and for each case, the result of the objection. If you are represented by counsel, you do so at your own expense, and you will have no claim to any part of the settlement amount based, in whole or in part, on your retention of outside counsel.

To be valid, your objection **must be postmarked on or before November 13, 2023** and must be mailed to the Claims Administrator at:

Hall Tip Credit Lawsuit
Attn: Objections
P.O. Box 58220
Philadelphia, PA 19102

| **10.** | **When and where will the Court decide whether to approve the settlement?** |
|---|---|

The Court will hold a hearing to decide whether to approve the settlement. You are not required or expected to attend that hearing. You are welcome to attend.

The hearing will take place on **January 4th, 2024, at 10:00 am EST** in Courtroom 5A of the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101.

During the hearing, the Court will consider whether the settlement is fair and should be approved. The Court also will consider any written objections to the settlement and will hear from any individuals covered by the Lawsuit or their legal representatives.

If you have not excluded yourself from the settlement and wish to speak at the hearing, you must send a letter stating your desire to appear in person, or through counsel, at the hearing to the Court

4

and to Class Counsel by **November 13, 2023**. Such notice of your intention to appear must include your full name, address, telephone number, and signature.

| **11.** | **How do I obtain more information?** |

This Notice Form summarizes the most important aspects of the proposed settlement. You can obtain further information by going to **www.HallTipCreditLawsuit.com**, by calling the Class Counsel listed in Section 7, or by contacting the Claims Administrator, by email at **Info@HallTipCreditLawsuit.com** or by mail at: Hall Tip Credit Lawsuit, c/o Settlement Administrator, 1650 Arch St. Suite 2210, Philadelphia, PA 19103.

Dated: September 13th, 2023                                       Approved: Hon. Chistine P. O'Hearn

5