**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHELLE HALL, on behalf of herself, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADELPHIA THREE CORP. d/b/a/ PHILY DINER, PETRO KONTOS, WILLIAM BALIS,<br><br>*Defendants.* | Civil No. 1:21-cv-01106-CPO-SAK |

**CONSENT ORDER**

**THIS MATTER** having come before this Court jointly by the undersigned counsel for Plaintiff Michele Hall and the Settlement Class, Defendants Adelphia Three Corp. d/b/a Phily Diner, Petro Kontos, William Balis ("Defendants") for a Consent Order authorizing: (1) payment to the Claims Administrator Angeion Group for services rendered to distribute the settlement beyond the maximum amount approved by the Court (ECF No. 82 ¶ 6); (2) the distribution of the remainder of the settlement fund to cy pres pursuant to the Settlement Agreement.

**WHEREAS** the Settlement Agreement provided that "[t]he Court **APPROVES** the payment of the costs of notice and administration to

Angeion Group LLC not to exceed a total $30,000, inclusive of monies already paid by Class Counsel." ECF No. 76-3.

**WHEREAS** the Parties stipulate to the payment to Angeion Group for services rendered to distribute settlement checks and related services in the amount of $14,298.52, as set forth in Paragraph 8 of the accompanying Declaration of Denise Earle of Angeion Group, LLC Re: Notice and Administration Costs ("Earle Decl.");

**WHEREAS** a total of $263,791.59 was successfully paid to the Class Members (Earle Decl. ¶ 7);

**WHEREAS** there is $51,862.09 remaining in the Settlement Fund (Earle Decl. ¶ 7);

**WHEREAS** the remainder shall be distributed to cy pres, i.e. "one or more [] charities and/or public interest organization(s) mutually agreed upon by the parties, as approved by the Court" according to the Settlement Agreement § 4.11(G), ECF No. 76-3;

**WHEREAS** Defendants have selected, and Plaintiffs have approved, the following to receive the cy pres distribution of the net proceeds of the Settlement Fund after the final payment to Angeion Group referenced above: Saint Thomas Greek Orthodox Church, 615 Mercer Street, Cherry Hill, NJ, 08002, which counsel for Plaintiffs has confirmed via the IRS website is an organization eligible to receive tax-deductible charitable contributions.

**SO ORDERED**:

Christine P. O'Hearn

J.

| | |
|---|---|
| /s/ *Charles J. Kocher*<br>Charles J. Kocher, Esq.<br>McOMBER McCOMBER & LUBER, P.C.<br>50 Lake Center Drive, Suite 400<br>Marlton, NJ 08053<br>(856) 985-9800 Phone<br>cjk@njlegal.com<br>**Counsel for Plaintiff and Settlement Class** | /s/ *Joseph P. Grimes*<br>Joseph P. Grimes, Esq.<br>Joseph P. Grimes, Esquire, LLC<br>152 West Atlantic Blvd<br>Ocean City, NJ 08226<br>(w) 856-816-7900<br>(e) JGrimesEsq@Gmail.com<br>***Counsel for Defendants*** |

Dated: July 9, 2025